NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1407, -1408, -1450, -1451,-1452, -1466, -1467, -1468, -1469

IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

--------------------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

GENERAL MOTORS CORPORATION,

Defendant-Appellee,

and

AMERICAN AIRLINES, INC.,

Defendant-Appellee,

and

FEDEX CORPORATE SERVICES, INC., FEDEX CORPORATION,
FEDEX CUSTOMER INFORMATION SERVICES, INC.,
and FEDERAL EXPRESS CORPORATION,

Defendants-Cross Appellants,

and

DHL EXPRESS (USA), INC., DHL HOLDINGS (USA), INC.,
and SKY COURIER, INC.,

Defendants-Appellees,

and

U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,

Defendants-Appellees.

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816, 07-CV-2339, 07-CV-2192, 07-CV-2196, and 07-CV-2360, Judge R. Gary Klausner.

ON MOTION

O R D E R

Upon consideration of the appellant's motion to reform the official caption to remove Ahold USA, Inc. and T-Mobile USA, Inc.,

IT IS ORDERED THAT:

(1)     The motion is granted.  The revised official caption is reflected above.

(2)     The court notes that, when the stay of proceedings is lifted and the appellant's opening brief is filed, the appellees' briefs are due when the cross-appellants' opening briefs are due.

FOR THE COURT

AUG 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Stephen C. Neal, Esq.
        Blas P. Arroyo, Esq.
        Christopher P. Ruhland, Esq.
        Matthew J. Moore, Esq.
        Brian Douglas Siff, Esq.
        Jonathan R. Spivey, Esq.
        Mike McKool, Jr., Esq.
        Kara F. Stoll, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 9 2009

JAN HORBALY
CLERK

s8

2009-1407 et al.                     - 2 -